EARL WRIGHT
10-A-3977
Green Haven Corr. Fac,
P.O. Box 4000
Stormville, N.Y. 112582

UNITWD STATES COURT OF APPEALS
FOR THE Second Circuit
40 Foley Square
NEw York, N.Y. 10007

Re: WRIGHT v. GRIFFIN,         Docket # 17-4059

    I EARL WRIGHT Pro se . Do Opposed the moving Attorney Ranjana Pipiant Motion For permission to file a late letter brief

    And Opposing Pro-se intend to file a response to the motion on or before November 26, 2018 , Only to the motion to file a late letter brief.

Date  11/   /2018

CC  Queens Counyty district Attorney Office

    125-01 Queens Boulevard
    Kew Gardens, N.Y. 11415

_Earl Wright_
EARL WRIGHT

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
)ss:
COUNTY OF DUTCHESS )

**EARL WRIGHT**, being duly sworn, deposes and says:

I am the above-mentioned defendant/petitioner and I have served a copy of the following papers:

**NOTICE OF INTEND TO Court to file a response**

Upon the following party(ies):

| Queens County District ATT, | UNITED STATES COURT OF APPEALS |
|---|---|
| 120-01 Queens Boulevard | For The Second Circuit |
| Kew Gardens, N.Y. 11415 | 40 Foley Square |
| | New York, N.Y. 10007 |

by placing the above in a post-paid envelope and depositing it in a United States Postal Service mailbox located at Green Haven Correctional Facility, Stormville, NY 12582 on the __5__ day of __November__, 20 **18** as due and sufficient service.

_Earl Wright_
**EARL WRIGHT**

Sworn to before me this

__5__ day of __November__, 20 __18__

_[signature]_
NOTARY PUBLIC

KEITH J. SPOSATO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SP6248188
Qualified in Putnam County
Commission Expires September 19, 2019